# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **LISA A. HERRERA,** | )<br>) |
| Plaintiff, | )   Case No. SACV 15-0258-AJW<br>) |
| v. | )   **J U D G M E N T**<br>) |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,** | )<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

May 26, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge